NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RANDALL CHARLES PLACE,              )
                                    )
            Appellant,              )
                                    )
v.                                  )      Case No. 2D18-4804
                                    )
SARA ELIZABETH HANLEY,              )
individually and on behalf of C.E.P., )
                                    )
            Appellee.               )
_____ )

Opinion filed November 20, 2019.

Appeal from the Circuit Court for
Collier County; Elizabeth V. Krier,
Judge.

Susan J. Silverman, Sarasota, for
Appellant.

Nancy A. Hass of Nancy A. Hass,
P.A., Fort Lauderdale, for Appellee.


PER CURIAM.

            Affirmed.


SILBERMAN, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.